UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FARRUKH GANIEV, SHODIEVA NIGINA, and RAFIKOV JAVOKHIR,<br><br>Petitioners,<br><br>-v.-<br><br>BRYAN FLANAGAN, *in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement ("ICE")*; JUDITH ALMODOVAR, *in her official capacity as Acting Director of ICE's Enforcement and Removal Operations ("ERO")*; KRISTI NOEM, *in her official capacity as Secretary of the United States Department of Homeland Security ("USDHS")*; and PAM BONDI, *Attorney General ("AG") and Chief Law Enforcement for the U.S. Department of Justice ("USDOJ")*,<br><br>Respondents. | 25 Civ. 10116 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Petitioners, their next friend Nana Tilley, filed a Petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court, having examined the petition in this action, hereby ORDERS that:

(i) On or before **December 9, 2025**, the Government shall file a letter with the following information:

   a. Petitioners' A-numbers and current place of detention;

   b. The statutory provision(s) under which Respondents assert the authority to detain Petitioners;

   c. A copy of any final order of removal; and

    d.  Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

(ii)    On or before **December 10, 2025**, the Government shall file an opposition as to why this petition for a writ of *habeas corpus* should not be granted.

(iii)    Petitioners shall have the opportunity to reply on or before **December 17, 2025**.

(iv)    The parties shall appear for a conference regarding the petition on **December 23, 2025**, at **2:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioners at this hearing.

(v)    To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioners shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g., M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)    Moreover, to facilitate resolution of the Petition, Petitioners shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.  *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of New York City area).

(vii)   The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address:

jeffrey.oestericher@usdoj.gov.

(viii)  The Clerk of Court shall mail a copy of this Order to Petitioners' Next Friend.  Petitioner's next friend may receive court documents by email, rather than mail, by completing the Consent to Electronic Service form.

(ix)    The Clerk of Court shall also mail Petitioners' Next Friend an information package.

        SO ORDERED.

Dated:  December 5, 2025
        New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge

3